UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA LYNN A.,

                    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

Case No. 25-cv-10992
Magistrate Judge Elizabeth A. Stafford

## JUDGMENT

In accordance with the Opinion and Order entered today, it is hereby

**ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment

is **DENIED;** (2) Defendant's Motion for Summary Judgment is **GRANTED;**

and (3) **the Commissioner's Decision is AFFIRMED.**

**IT IS SO ORDERED.**

                KINIKIA ESSIX
                CLERK OF THE COURT

                By: s/Julie Owens
                DEPUTY COURT CLERK

APPROVED:


s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
U.S. MAGISTRATE JUDGE